## Sigmund Strauss, Appellee, v. Acme Screen, Shade and Sash Company, Appellant.

### Gen. No. 41,185.

opinion filed November 4, 1940. Arle Urban, for appellant; Fischel, Kahn & Heart, for appellee; Max Hess Weinberg, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."

## Jesse L. Lawver, Appellee, v. L. B. Motors, Inc., Appellant.

### Gen. No. 41,205.

opinion filed November 4, 1940; rehearing denied, November 18, 1940. John A. Bloomingston, for appellant; Ryan, Sinnott & Miller and Louis G. Davidson, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."